# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHRISTOPHER S. CARSON,**

          **Plaintiff,**

          v.                                                 **Case No. 18-CV-1571**

**KIRSTJEN MICHELE NIELSEN, et al.,**

          **Defendants.**

## ORDER

Currently before the court is plaintiff Christopher Carson's expedited motion for alternative dispute resolution conference hearing. (ECF No. 27.) Carson filed his motion pursuant to Eastern District of Wisconsin Civil Local Rule 16(d)(1), which provides:

> Each judge may conduct an alternative dispute resolution (ADR) evaluation conference during the early stages of case development to determine whether a civil case is appropriate for ADR. This conference may be held in conjunction with a pretrial conference or as a separate conference. If the judge determines that a case is appropriate for ADR, the judge may encourage the parties to participate in ADR before a magistrate judge or an appropriate neutral evaluator.

Carson "moves this Court to schedule a hearing, in person or telephonically, to contemplate the ordering of [alternative dispute resolution]." (ECF No. 27 at 2.)

Setting aside the question of whether alternative dispute resolution will ever be appropriate in a case such as this, the court agrees with the defendants that Carson's request is premature. The deadline for the defendants to answer the complaint has not yet passed, and defendants have stated that they intend to file a motion to dismiss the complaint. The court finds it would be inappropriate and inefficient to schedule a conference to consider alternative dispute resolution when questions remain as to whether this action is proper.

**IT IS THEREFORE ORDERED** that Carson's expedited motion for alternative dispute resolution conference hearing (ECF No. 27) is **denied.**

Dated at Milwaukee, Wisconsin this 30th day of November, 2018.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge